# Law Office of
# Zachary Margulis-Ohnuma

March 11, 2020

**Via ECF and e-mail**

Hon. Vernon S. Broderick
United States Courthouse
40 Foley Square
New York, NY 10007

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J.  3/12/2020
>
> The Clerk's Office is directed to terminate docket entry 277 and 279.

RE: <u>U.S. v. Janae Bendolph</u>, 16 Cr. 851

Dear Judge Broderick:

  This office represents the defendant Janae Bendoloph in the above-captioned case. On February 20, our office filed a request for a temporary modification of Ms. Bendolph's conditions of supervised release to allow her to travel to the Dominican Republic. Dkt. 277. Ms. Bendolph no longer plans to travel. Therefore, I respectfully withdraw our previous request.

  Thank you for your attention to this case.

                                        Very truly yours,

                                        *Victoria Nicole Medley*

                                        Victoria Nicole Medley


CC:   AUSA Timothy Capozzi (via ECF)
      AUSA Michael McGinnis (via ECF)
      Probation Office Alex Barcenes (via email)

260 Madison Avenue, 17th Floor • New York, NY 10016
(212) 685-0999 • zach@zmolaw.com
www.zmolaw.com