```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
UNITED STATES OF AMERICA,                                :
                                                         :
                                                         :
              -v-                                        :      16-cr-851 (VSB)
                                                         :
                                                         :           **ORDER**
JANAE BENDOLPH,                                          :
                                                         :
                          Defendant.                     :
-------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Janae Bendolph's ("Bendolph" or "Defendant") letter motion requesting early termination of her supervised release, (Doc. 307), and the Government's opposition, (Doc. 309). If Bendolph intends to file a reply, she is directed to do so by no later than May 25, 2021. Accordingly, it is hereby:

ORDERED that if Bendolph intends to file a reply, she do so by May 25, 2021.

SO ORDERED.

Dated: May 21, 2021
      New York, New York

_____
Vernon S. Broderick
United States District Judge